IN THE UNITED STATES COURT OF APPEAL
FOR THE FIFTH CIRCUIT

_____

**Case No. 19-30492**

_____

THE PARISH OF PLAQUEMINES
*Plaintiff – Appellee*

The State of Louisiana, ex rel, JEFFREY MARTIN LANDRY, Attorney General;
THE STATE OF LOUISIANA, through the Louisiana Department of Natural
Resources Office of Coastal Management and its Secretary, Thomas F. Harris,
*Intervenors – Appellees*
v.

CHEVRON USA, INCORPORATED, As Successor in Interest to Chevron Oil
Company and The California Company; EXXON MOBIL CORPORATION, As
Successor in Interest to Exxon Corporation and Humble Oil and Refining
Company; CONOCOPHILLIPS COMPANY, As Successor in Interest to General
American Oil Company of Texas,
*Defendants – Appellants*

_____

**Consolidated with 19-30829**

PARISH OF CAMERON,
*Plaintiff – Appellee*

State of Louisiana, ex rel, JEFF LANDRY; STATE OF LOUISIANA, on behalf of
Louisiana Department of Natural Resources, on behalf of Office of Coastal
Management, on behalf of Thomas F. Harris,
*Intervenors – Appellees*
v.

BP AMERICA PRODUCTION COMPANY; CHEVRON PIPELINE
COMPANY; CHEVRON USA HOLDINGS, INCORPORATED; CHEVRON
USA, INCORPORATED; EXXON MOBIL CORPORATION; KERR-MCGEE
OIL & GAS ONSHORE, L.P.; SHELL OFFSHORE, INCORPORATED; SHELL
OIL COMPANY; SWEPI, L.P.; TEXAS COMPANY,
*Defendants – Appellants*

———————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
Civil Action No. 2:18-CV-05217

and

Appeal from the United States District Court
for the Western District of Louisiana
Civil Action No. 2:18-CV-00677

———————————————————

**PLAINTIFFS-APPELLEES' AND INTERVENORS-APPELLEES'
JOINT MOTION FOR EXPEDITED CONSIDERATION
OF CONSOLIDATED APPEALS**

*Attorneys for Plaintiff-Appellee, Plaquemines Parish*

Donald T. Carmouche (2226)
Victor L. Marcello (9252)
John H. Carmouche (22294)
William R. Coenen, III (27410)
Brian T. Carmouche (30430)
Todd J. Wimberley (34862)
Ross J. Donnes (33098)
D. Adele Owen (21001)
Leah C. Poole (35092)
Christopher D. Martin (30613)
Michael L. Heaton (38773)
TALBOT, CARMOUCHE &
MARCELLO
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 400-9991
Fax: (225) 448-2568

W. Peter Connick (14158)
CONNICK AND CONNICK
3421 N. Causeway Blvd., Ste. 408
Metairie, LA 70002
Telephone: (504) 838-8777
Fax: (504) 838-9903

Philip F. Cossich, Jr. (1788)
Darren Sumich (23321)
David A. Parsiola (21005)
Brandon J. Taylor (27662)
COSSICH, SUMICH, PARSIOLA
& TAYLOR, L.L.C.
8397 Highway 23, Suite 100
Belle Chasse, LA 70037-2648
Telephone: (504) 394-9000
Fax: (504) 394-9110

Bruce D. Burglass, Jr. (1411)
Andre' C. Gaudin, (20191)
Scott O. Gaspard (23747)
BURGLASS &
TANKERSLEY, LLC
5213 Airline Drive
Metairie, LA 70001-5602
Telephone: (504) 836-0407
Fax: (504) 287-0447

*Attorneys for Plaintiff-Appellee, Parish of Cameron*

Donald T. Carmouche (2226)
Victor L. Marcello (9252)
John H. Carmouche (22294)
William R. Coenen, III (27410)
Brian T. Carmouche (30430)
Todd J. Wimberley (34862)
Ross J. Donnes (33098)
D. Adele Owen (21001)
Leah C. Poole (35092)
Christopher D. Martin (30613)
Michael L. Heaton (38773)
TALBOT, CARMOUCHE &
MARCELLO
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 400-9991
Fax: (225) 448-2568

Chad E. Mudd (25188)
David P. Bruchhaus (24326)
M. Keith Prudhomme (14336)
Matthew P. Keating (30911)
Wesley A. Romero (33344)
MUDD, BRUCHHAUS &
KEATING, L.L.C.
422 E. College St., Ste. B
Lake Charles, LA  70605
Telephone: (337) 562-2327
Fax: (337) 562-2391


*Attorneys for Intervenor-Appellee, the State of Louisiana, ex rel.*
*Jeffrey Martin Landry, Attorney General*

Ryan M. Seidemann (28991)
Wilbur L. Stiles, III (27654)
Assistant Attorneys General
Louisiana Department of Justice
1185 North 3rd Street
Baton Rouge, LA 70802
Telephone: (225) 326-6085
Fax: (225) 326-6099

*Attorneys for Intervenor-Appellee, the State of Louisiana, through the Department of Natural Resources, Office of Coastal Management, and its Secretary, Thomas F. Harris*

J. Blake Canfield (30426)
Executive Counsel
Donald W. Price (19452)
Special Counsel
LOUISIANA DEPARTMENT OF
NATURAL RESOURCES
Post Office Box 94396
Baton Rouge, LA 70804
Telephone: (225) 342-2710
Fax: (225) 342-5861

Megan K. Terrell (29443)
Legal Advisor
GOVERNOR'S OFFICE FOR
COASTAL ACTIVITIES
900 North 3rd Street, Fourth Floor
Baton Rouge, LA 70802
Telephone: (225) 342-6952

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

## CASE NO. 19-30492

**PLAINTIFF - APPELLEE**:

The Parish of Plaquemines

**COUNSEL FOR PLAINTIFF - APPELLEE**:

Donald T. Carmouche, Victor L. Marcello, John H. Carmouche, William R. Coenen, III, Brian T. Carmouche, Ross J. Donnes, D. Adele Owen, Leah C. Poole, Christopher D. Martin, and Michael L. Heaton with Talbot, Carmouche & Marcello;

Philip F. Cossich, Jr., Darren Sumich, David A. Parsiola, and Brandon J. Taylor, with Cossich, Sumich, Parsiola & Taylor, L.L.C.;

W. Peter Connick with Connick and Connick; and

Bruce D. Burglass, Jr., Andre' C. Gaudin, and Scott O. Gaspard with Burglass & Tankersley, LLC.

**INTERVENORS - APPELLEES:**

The State of Louisiana, *ex rel.*, Jeffrey Martin Landry, Attorney General; and

The State of Louisiana, through the Louisiana Department of Natural Resources, Office of Coastal Management and its Secretary, Thomas F. Harris

**COUNSEL FOR INTERVENORS - APPELLEES:**

Ryan M. Seidemann and Wilbur L. Stiles, III with the Louisiana Department of Justice for the State of Louisiana, *ex el.,* Jeffrey Martin Landry, Attorney General; and

J. Blake Canfield and Donald W. Price with the Louisiana Department of Natural Resources, and Megan K. Terrell with the Governor's Office for Coastal Activities for the State of Louisiana, through the Department of Natural Resources, Office of Coastal Management, and its Secretary, Thomas F. Harris.

**DEFENDANTS - APPELLANTS**:

Chevron USA, Incorporated, as Successor in Interest to Chevron Oil Company and The California Company;

Exxon Mobil Corporation, as Successor in Interest to Exxon Corporation and Humble Oil and Refining Company; and

ConocoPhillips Company, as Successor in Interest to General American Oil Company of Texas

**COUNSEL FOR DEFENDANTS - APPELLANTS:**

Peter D. Keisler, Ryan C. Morris, Virginia Seitz, Jennifer J. Clark, Christopher Eiswerth, and Chike Croslin with Sidley Austin LLP; Charles S. McCowan, III, Pamela R. Mascari, Michael R. Phillips, and Claire E. Juneau with Kean Miller LLP; and Alexandra White and Eric J. Mayer with Susman Godfrey, L.L.P., for Chevron U.S.A. Inc.

Robert B. McNeal, Michael P. Cash, and Jamie D. Rhymes with Liskow & Lewis; Martin A. Stern, Glen M. Pilié, and Jeffrey E. Richardson, and Alexandra G. Roselli with Adams and Reese LLP; Roy C. Cheatwood, Matthew A. Woolf, and Monica A. Frois with Baker, Donelson, Bearman, Caldwell & Berkowitz for Exxon Mobil Corporation; and

Deborah D. Kuchler, Robert E. Guidry, Sara E. Iiams, and Michele Hale DeShazo with Kuchler Polk Weiner, LLC for ConocoPhillips Company;

**DEFENDANTS:**

Graham Royalty, Ltd. and The Estate of William G. Helis

**COUNSEL FOR DEFENDANTS:**

John C. Anjier with Liskow & Lewis for Graham Royalty, Ltd.; and

John Michael Parker and Edward D. Hughes with Taylor Porter Brooks & Phillips LLP for The Estate of William G. Helis

**AMICUS CURIAE:**

The Chamber of Commerce of the United States of America

**COUNSEL FOR AMICUS CURIAE**:

Thomas A. Lorenzen and Tyler A. O'Connor of Crowell & Moring LLP; and Stephen P. Lehotsky and Michael B. Schon of U.S. Chamber Litigation Center

## CASE NO. 18-30829

**PLAINTIFF - APPELLEE**:

The Parish of Cameron

**COUNSEL FOR PLAINTIFF – APPELLEE**:

Donald T. Carmouche, Victor L. Marcello, John H. Carmouche, William R. Coenen, III, Brian T. Carmouche, Ross J. Donnes, D. Adele Owen, Leah C. Poole, Christopher D. Martin, and Michael L. Heaton with Talbot, Carmouche & Marcello; and Chad E. Mudd, David P. Bruchhaus, M. Keith Prudhomme, Matthew P. Keating, and Wesley A. Romero with Mudd, Bruchhaus & Keating, L.L.C.

**INTERVENORS - APPELLEES:**

The State of Louisiana, *ex rel.*, Jeffrey Martin Landry, Attorney General; and The State of Louisiana, through the Louisiana Department of Natural Resources, Office of Coastal Management and its Secretary, Thomas F. Harris

**COUNSEL FOR INTERVENORS - APPELLEES:**

Ryan M. Seidemann and Wilbur L. Stiles, III with the Louisiana Department of Justice for the State of Louisiana, *ex rel.,* Jeffrey Martin Landry, Attorney General

J. Blake Canfield and Donald W. Price with the Louisiana Department of Natural Resources and Megan K. Terrell with the Governors' Office for Coastal Activities for the State of Louisiana, through the Department of Natural Resources, Office of Coastal Management, and its Secretary, Thomas F. Harris

**DEFENDANTS - APPELLANTS**:

Chevron U.S.A. Inc., Chevron Pipeline Company, Chevron U.S.A. Holdings Inc., Texas Company, BP America Production Company, Exxon Mobil Corporation, Shell Offshore, Inc., Shell Oil Co., and SWEPI LP

**COUNSEL FOR DEFENDANTS - APPELLANTS:**

Peter D. Keisler, Virginia Seitz, Ryan C. Morris, Jennifer J. Clark, Christopher Eiswerth, and Chike Croslin with Sidley Austin LLP; Mike R. Phillips, Claire E. Juneau; Charles S. McCowan, III, and Pamela R. Mascari with Kean Miller LLP; and Eric J. Mayer and Alexandra White with Susman Godfrey L.L.P. for Chevron U.S.A. Inc., Chevron Pipeline Company, Chevron U.S.A. Holdings Inc., and Texas Company

George Arceneaux III, Jamie D. Rhymes, Brian W. Capell, Emily C. Borgen, and James E. Lapeze with Liskow & Lewis; Matthew T. Heartney, and Nancy G. Milburn with Arnold & Porter Kay Scholer LLP for BP America Production Company

Robert B. McNeal, James E. Lapeze, Russell Keith Jarrett, Kelly Brechtel Becker, Laura Springer Brown, Mark L. McNamara, Michael P. Cash, and Jamie D. Rhymes with Liskow & Lewis; Martin A. Stern, Glen M. Pilié, Jeffrey E. Richardson, and Alexandra G. Roselli with Adams & Reese LLP; Roy C. Cheatwood, Monica A. Frois, and Matthew A. Woolf with Baker, Donelson, Bearman, Caldwell & Berkowitz for Exxon Mobil Corporation

Russell Keith Jarrett, Kelly Brechtel Becker, Laura Springer Brown, and Mark L. McNamara with Liskow & Lewis for Shell Offshore, Inc., Shell Oil Co., and SWEPI LP

Deborah D. Kuchler, Michele Hale DeShazo, Robert Edward Guidry, Sarah E. Iiams with Kuchler Polk Weiner for Kerr-McGee Oil & Gas Onshore LP

<u>DEFENDANTS:</u>

Apache Corporation; Freeport Sulphur Co.; Gulfport Energy Corp.; Hilcorp Energy Co.; Honeywell International Inc.; Samuel Gary Jr. & Associates Inc.; Taylor Energy Co. LLC; Texas Pacific Oil Co. Inc.; Texas Petroleum Investment Co.; and Vernon E. Faulconer Inc.

<u>COUNSEL FOR DEFENDANTS:</u>

Douglas C. Longman, Jr., Carmen M. Rodriguez, and Boyd A. Bryan with Jones Walker LLP, for Apache Corporation

Carl David Rosenblum, Alida C. Hainkel, Covert J. Geary, and Lauren Courtney Mastio with Jones Walker LLP for Freeport Sulphur Co.

Gary J. Russo, Joshua Norris, William D. Lampton, William Thomas McCall, Jr. and Boyd A. Bryan with Jones Walker LLP for Gulfport Energy Corp.

Craig Isenberg, Christine Marie Calogero, and David N. Luder with Barrasso Usdin for Hilcorp Energy Co.

Roland M. Vandenweghe, Jr., Charles A. Cerise, Jr., Francis V. Liantonio, Jr., Gerard Joseph Gaudet, and Jane C. Raiford with Adams & Reese for Honeywell International Inc.

Brian W. Capell with Liskow & Lewis for Samuel Gary Jr. & Associates Inc.

Guy E. Wall and Jonathan R. Cook with Walling Bullington & Cook for Taylor Energy Co. LLC

George Cameron Drennan, G. Bruce Parkerson, Timothy Patrick Doolin with Plauche Maselli Parkerson with Ottinger Hebert for Texas Pacific Oil Co. Inc.

Valerie V. Guidry, Paul J. Hebert, and William H L Kaufman with Ottinger Hebert for Texas Petroleum Investment Co.

Charles M. Jarrell and Gina Bradley Tuttle with Guglielmo, Lopez, Tuttle, Hunter & Jarrell for Vernon E. Faulconer Inc.

**AMICUS CURIAE:**

The Chamber of Commerce of the United States of America

**COUNSEL FOR AMICUS CURIAE**:

Thomas A. Lorenzen and Tyler A. O'Connor of Crowell & Moring LLP; and Stephen P. Lehotsky and Michael B. Schon of U.S. Chamber Litigation Center

/s/ Victor L. Marcello
*Attorney of Record for Plaintiffs-Appellees,*
*The Parish of Plaquemines and Parish of*
*Cameron*

# TABLE OF CONTENTS

CERTIFICATE OF INTERESTED PERSONS .................................................. i-vi

TABLE OF AUTHORITIES ........................................................... viii

I.   PROCEDURAL HISTORY AND ARGUMENT ...................................... 1

     a.  UNDUE DELAYS RESULTING FROM JURISDICTIONAL WRANGLING ............ 1

     b.  "GOOD CAUSE" EXISTS FOR EXPEDITED CONSIDERATION ....................... 3

II.  CONCLUSION .................................................................... 5

CERTIFICATE OF SERVICE ....................................................... 10

CERTIFICATE OF COMPLIANCE ................................................. 10

## TABLE OF AUTHORITIES

*Quackenbush v. Allstate Ins. Co.,*
    U.S. 706; 116 S.Ct. 1712 (1996) ............................................................5

*State of Ohio v. Wright,*
    992 F. 2d 616, 617 (6th Cir. 1993) ..................................................... 4-5

*Thermtron Products, Inc. v. Hermansdorfer,*
    423 U.S. 336, 355; 96 S.Ct. 584, 595; 46 L.Ed. 542 (1976) ................................5

*United States v. Rice,*
    327 U.S. 742; 66 S.Ct. 835, 839; 90 L.Ed. 982 (1946) .........................................4

28 U.S.C. 1442 ............................................................................................2

Fed. R. App. P. 27.4 ...................................................................................1

Fed. R. App. P. 27.5 ................................................................................3, 5

Come Now plaintiffs, the Parish of Plaquemines and State of Louisiana *ex rel.* Parish of Plaquemines, and the Parish of Cameron and State of Louisiana *ex rel.* Parish of Cameron; plaintiff-intervenor, the State of Louisiana, through the Louisiana Department of Natural Resources, Office of Coastal Management, and its Secretary, Thomas F. Harris; and plaintiff-intervenor, the State of Louisiana *ex rel.* Jeff Landry, Attorney General (collectively "Plaintiffs"), to move this Court for expedited consideration of defendants' pending appeal on the merits in the consolidated cases. Movers show that expedited review and consideration is warranted for the following reasons.[1]

## I.    PROCEDURAL HISTORY AND ARGUMENT

### a.  UNDUE DELAYS RESULTING FROM JURISDICTIONAL WRANGLING

At its core, these consolidated cases are simply an effort by Plaquemines Parish, Cameron Parish and the State of Louisiana to enforce provisions of state law to protect and restore Louisiana's coast. Since commencement of these actions, Defendants' dubious jurisdictional arguments have resulted in undue delays,

---

[1] Pursuant to Rule 27.4, undersigned counsel states that Defendant-Appellants were contacted regarding this motion and Defendants responded: "Defendants-Appellants do not agree with the representations made in this motion but take no position on whether oral argument and decision should be expedited. As to the filing of the remaining briefs, Defendants-Appellants similarly take no position on when Plaintiffs-Appellees file their brief, but Defendants-Appellants would oppose shortening the 21-day period for the filing of their reply brief." Plaintiffs contend that defendants will not be prejudiced by expedited consideration of the appeal inasmuch as defendants have now filed their brief on the merits, and because defendants previously requested that argument in this and the consolidated case, *Parish of Plaquemines v. Chevron USA, Inc.*, No. 19-30492 be set for March.

stymieing all efforts by the parishes and state to substantively enforce these provisions. These continuing delays are unnecessary and untenable.

Cameron Parish filed its action and 10 similar suits on February 4, 2016. Defendants removed these cases for the first time on April 21, 2016, alleging federal jurisdiction under OCSLA, federal maritime law, and federal question. These jurisdictional bases were not subject to review on appeal by this Court. Nevertheless, Plaintiffs were delayed from proceeding with the merits of their action for over <u>two years</u> until the district court rendered an opinion on May 9, 2018, soundly rejecting all of Defendants' jurisdictional arguments.[2]   At this point, Plaintiffs' action had been pending almost 27 months, 24 of which were in federal court addressing Defendants' jurisdictional arguments, with no substantive movement.

Plaintiffs' ability to proceed with their claims was remarkably short-lived. On May 23, 2018, Defendants' again removed this action, along with 40 other similar cases.[3]  This time, Defendants alleged federal question jurisdiction (again), as well as federal officer jurisdiction pursuant to 28 U.S.C. 1442. Much like the first time, the district court rejected all of Defendants' arguments in an order issued on September 26, 2019.  Defendants thereafter appealed the district court's remand

---

[2] *See* Doc. 101, Case No. 2:16-cv-00530, E.D. La.

[3] An additional case was also later removed by Defendant-Appellants.

2

order, and obtained an injunction from this Court, preventing the parish and the state from proceeding with their claims in Louisiana state court.

All told, this action has now been pending almost 48 months – 45 of which have been spent in federal court arguing over Defendants' far-fetched jurisdictional arguments, with no substantive movement regarding Plaintiffs' claims. Similar delays have been experienced by Plaquemines Parish in *Parish of Plaquemines v. Chevron USA, Inc.*, No. 19-30492 which was filed <u>over six years ago</u> in November, 2013.[4]

### b. "GOOD CAUSE" EXISTS FOR EXPEDITED CONSIDERATION

Fifth Circuit Rule 27.5 states that this Court may "expedite an appeal for good cause shown." Plaintiffs urge that good cause exists for expediting consideration of this appeal because this is simply an action by the parish and state to enforce state law related to a matter of substantial state concern, and because of the federal policy acknowledging that litigants should not be prevented from pursuing their claims by prolonged jurisdictional challenges.

Louisiana's coastal wetlands are one of the most critically threatened environments in the country, and currently experience greater coastal wetland loss

---

[4] *Parish of Plaquemines v. Chevron USA, Inc.*, No. 19-30492, consolidated with this case, has been pending for 74 months – 36 of which have been spent in federal court on jurisdictional issues.

than all other states in the contiguous United States combined.[5]  The continued

wetland loss is occurring rapidly and action is critical to restoring these wetlands.

Continuing degradation of wetlands and lack of prompt restoration threatens not

only natural ecosystems and economic infrastructure, but also human life.[6]

Recognizing these significant concerns, Cameron Parish and Plaquemines Parish,

through their elected representatives, as well as the state, brought this and other

actions under the SLCRMA in an effort to protect their citizens by halting and

repairing coastal erosion.  The consequences of not acting quickly are potentially

dire – and therefore good cause exists for expediting this appeal to avoid further

delay.

    The long delays experienced to date also fly in the face of the policy against

extended litigation of jurisdictional issues in federal court.  In *U.S. v. Rice*, the

Supreme Court observed that Congress, by generally limiting appellate review of

remand orders, "established the policy of not permitting interrupting of the litigation

of the merits of a removed cause by prolonged litigation of questions of jurisdiction

….."[7]  Similarly, in *State of Ohio v. Wright*, the Sixth Circuit observed that

considerations of federalism require that "[p]arties to state litigation should not be

delayed by procedural fencing over the intricacies and perplexities of removal

---

[5] *See* Affidavit of John W. Day, Case No. 19-30829, ROA.19-30829.8378.
[6] *Id.*
[7] *United States v. Rice*, 327 U.S. 742; 66 S.Ct. 835, 839; 90 L.Ed. 982 (1946).

jurisdiction, and state courts should not be long interrupted in the conduct of their litigation by removal petitions."[8]  The *Wright* court further cited Justice Rehnquist's admonition in his dissent in *Thermtron Products, Inc. v. Hermansdorfer* that federal removal provisions should not be interpreted in a manner that "afford[s] litigants a means of substantially delaying justice."[9]  Plaintiffs, which are public entities, have already been unduly delayed in pursuing claims related to a matter of critical public importance.  Expedited review will prevent further injustice and unnecessary delay.  Additionally, Defendant-Appellants will not be prejudiced inasmuch as they have already filed their brief in this matter.

## II.    CONCLUSION

Plaintiffs respectfully urge that, for the foregoing reasons, good cause exists for expedited review of this consolidated appeal pursuant to Fifth Circuit Rule 27.5.

---

[8] 992 F.2d 616, 617 (6th Cir. 1993).
[9] 423 U.S. 336, 355; 96 S.Ct. 584, 595; 46 L.Ed.2d 542 (1976), abrogated by *Quackenbush v. Allstate Ins. Co.*, U.S. 706; 116 S.Ct. 1712 (1996).

*By Attorneys for Plaintiff-Appellee,*
*the Parish of Cameron:*

Donald T. Carmouche (2226)
Victor L. Marcello (9252)
John H. Carmouche (22294)
William R. Coenen, III (27410)
Brian T. Carmouche (30430)
Todd J. Wimberley (34862)
Ross J. Donnes (33098)
D. Adele Owen (21001)
Leah C. Poole (35092)
Christopher D. Martin (30613)
Michael L. Heaton (38773)
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 400-9991
Fax: (225) 448-2568

Chad E. Mudd (25188)
David P. Bruchhaus (24326)
M. Keith Prudhomme (14336)
Matthew P. Keating (30911)
Wesley A. Romero (33344)
MUDD, BRUCHHAUS & KEATING, L.L.C.
422 E. College St., Ste. B
Lake Charles, LA 70605
Telephone: (337) 562-2327
Fax: (337) 562-2391

By: */s/Victor L. Marcello (9252)*

*By Attorneys for Plaintiff-Appellee,*
*the Parish of Plaquemines:*

Donald T. Carmouche (2226)
Victor L. Marcello (9252)
John H. Carmouche (22294)
William R. Coenen, III (27410)
Brian T. Carmouche (30430)
Todd J. Wimberley (34862)
Ross J. Donnes (33098)
D. Adele Owen (21001)
Leah C. Poole (35092)
Christopher D. Martin (30613)
Michael L. Heaton (38773)
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 400-9991
Fax: (225) 448-2568

Philip F. Cossich, Jr. (1788)
Darren Sumich (23321)
David A. Parsiola (21005)
Brandon J. Taylor (27662)
COSSICH, SUMICH, PARSIOLA
& TAYLOR, L.L.C.
8397 Highway 23, Suite 100
Belle Chasse, LA 70037-2648
Telephone: (504) 394-9000
Fax: (504) 394-9110

W. Peter Connick (14158)
CONNICK AND CONNICK
3421 N. Causeway Blvd., Ste. 408
Metairie, LA 70002
Telephone: (504) 838-8777
Fax: (504) 838-9903

Bruce D. Burglass, Jr. (1411)
Andre' C. Gaudin, (20191)
Scott O. Gaspard (23747)
BURGLASS & TANKERSLEY, LLC
5213 Airline Drive
Metairie, LA 70001-5602
Telephone: (504) 836-0407
Fax: (504) 287-0447

By: */s/Victor L. Marcello (9252)*

*By Attorneys for Intervenor-Appellee, the State of Louisiana, Ex Rel. Jeffrey Martin Landry, Attorney General:*

Ryan M. Seidemann, (28991)
Wilbur L. Stiles, III (27654)
Assistant Attorneys General
Louisiana Department of Justice
1185 North 3rd Street
Baton Rouge, LA 70802
Telephone: (225) 326-6085
Fax: (225) 326-6099

By:  */s/ Ryan M. Seidemann (28991)*

*By Attorneys for Intervenor-Appellee, the State of*
*Louisiana, through the Department of Natural*
*Resources, Office of Coastal Management, and its*
*Secretary, Thomas F. Harris:*

J. Blake Canfield (30426)
Executive Counsel
Donald W. Price (19452)
Special Counsel
LOUISIANA DEPARTMENT OF
NATURAL RESOURCES
Post Office Box 94396
Baton Rouge, LA 70804
Telephone: (225) 342-2710
Fax: (225) 342-5861

Megan K. Terrell (29443)
Legal Advisor
GOVERNOR'S OFFICE FOR
COASTAL ACTIVITIES
900 North 3rd Street, Fourth Floor
Baton Rouge, LA 70802
Telephone: (225) 342-6952

By: */s/ Donald W. Price (19452)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of January, 2020, I electronically filed the forgoing with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system which will send a notice of electronic filing to all attorneys of record.

/s/ *Victor L. Marcello* (9252)


## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the forgoing document complies with Fed. R. App. P. 27(d)(2) because it contains 1,108 words.  This document also complies with the typeface and style requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

/s/ *Victor L. Marcello* (9252)